IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KAREN M. BALDWIN,<br><br>            Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>            Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:15-CV-00079<br><br>District Judge Clark Waddoups |

    This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Paul M. Warner under 28 U.S.C. § 636(b)(1)(B). The case involves an appeal of the Acting Commissioner of Social Security, Carolyn W. Colvin's, final decision denying Disability Insurance Benefits under Title II and Supplemental Security Income under Title XVI of the Social Security Act, 42 U.S.C. § 423.  On May 19, 2015, defendant filed a Motion to Dismiss the complaint on grounds of timeliness. (Dkt. No. 11.) Plaintiff failed to respond to the motion.  On November 28, 2016, Judge Warner issued a Report and Recommendation, recommending that the motion to dismiss be granted. (Dkt. No. 12.)  Plaintiff filed no objection to the Report and Recommendation.

After having reviewed the file *de novo*, the court hereby APPROVES AND ADOPTS Judge Warner's Report and Recommendation in its entirety. Accordingly, this case is dismissed. Each party shall bear their own costs.

SO ORDERED this 14th day of December, 2016.

BY THE COURT:

Clark Waddoups
United States District Court Judge